**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-1240**

───────────

JOSEPH FUCE, II, absolute trustee cestui que trust/beneficiary Internal Revenue Service,

Plaintiff - Appellant,

v.

STANLEY MIDDLEMAN, d/b/a Freedom Mortgage Corporation; BRYAN JAY KOON, Sheriff; OFFICE OF THE SHERIFF, Lexington County,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Mary G. Lewis, District Judge.  (3:22-cv-03561-MGL)

───────────

Submitted:  June 15, 2023                                          Decided:  June 21, 2023

───────────

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Joseph Fuce, II, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Fuce, II, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Fuce's civil action pursuant to the *Rooker-Feldman**\* abstention doctrine. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Fuce v. Middleman*, No. 3:22-cv-03561-MGL (D.S.C. Feb. 7, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

\* *D.C. Ct. of App. v. Feldman*, 460 U.S. 462 (1983); *Rooker v. Fid. Tr. Co.*, 263 U.S. 413 (1923).